**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CARIBE D. BILLIE : | |
| : | Civil Action No. |
| Plaintiff : | |
| vs. : | |
| : | |
| PLYMOUTH ROCK ASSURANCE CORP. : | |
| : | **DECEMBER 19, 2022** |
| Defendant : | |
| : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL OF**
**DEFENDANT PLYMOUTH ROCK ASSURANCE CORP**

The defendant, Plymouth Rock Assurance Corp., by and through its undersigned counsel, and pursuant to 28 U.S.C.A §§ 1132(a) and 1441, hereby removes this action from the Superior Court, Judicial District of New Britain, State of Connecticut, to the United States District Court for the District of Connecticut. In support of removal, the defendant further states as follows:

1.

The plaintiff served an action naming Plymouth Rock Assurance Corp. as defendant. According to a return of service filed in the Superior Court for the State of Connecticut, service was made upon the Connecticut Insurance Commissioner as agent for service of process on or about on November 17, 2022. The Insurance Commissioner thereafter forwarded the summons and complaint to the defendant's agent. The state court action is entitled <u>Caribe D. Billie  v. Plymouth Rock Assurance Corp.</u>, HHD-CV22-5075845-S,

bearing a return date of December 20, 2022 and made returnable to the Superior Court, State of Connecticut, Judicial District of Hartford. The Summons, Complaint and Return of Service are the only pleadings in said case to date. A copy of the Summons, Complaint and Return of Service are attached hereto as **Exhibit A.**  A copy of the Superior Court docket Sheet is attached as **Exhibit B.**

2.

The plaintiff, Caribe D. Billie, was at all relevant times and remains a citizen of the State of North Carolina.

The defendant. Plymouth Rock Assurance Corporation is a corporation organized under the laws of the State of Massachusetts with its principal place of business in Massachusetts.

As set forth in the Complaint, attached as Exhibit A, the plaintiff in this action claims that the defendant had issued an insurance policy on a house owned by him in Waterbury, Connecticut.  Although the allegations are not entirely clear, the plaintiff alleges that the house was damaged and/or destroyed, but that the defendant refuses to pay sums owing under the insurance policy.  In addition to that breach of contract claim, the plaintiff alleges claims under the Connecticut Unfair Insurance Practices Act and the Connecticut Unfair Trade Practices Act.  Based on the allegations in Exhibit A, the amount in controversy exceeds $75,000 exclusive of interest and costs.

3.

The Court has jurisdiction in the above-captioned matter pursuant to 28 U.S.C.A §1332(a)(1), in that the matter is between citizens of different states and the amount in controversy exceeds the sum value of $75,000.00 based upon the claims of the plaintiff. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A §§ 1332 and 1441.

4.

This Notice of Removal is being filed within thirty (30) days of the defendant being notified of this lawsuit, and the defendant has complied with all requirements under 28 U.S.C.A § 1446.

WHEREFORE, the defendant respectfully requests that the above action be removed from the Superior Court, Judicial District of New Britain, State of Connecticut, to this Honorable Court.

Respectfully submitted this 19th day of December, 2022.

THE DEFENDANT,
PLYMOUTH ROCK ASSURANCE

BY  /S/ Jack G.Steigelfest
Jack G. Steigelfest, Esq
Fed. Bar. #: ct05733
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 26179
Hartford, Connectcuit 06126-179

Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail:jgs@hksflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, a copy of the foregoing was filed electronically [and served by mail or anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

In addition, a copy of this document was sent by first class U.S. mail to the plaintiff in the matter:

CARIBE D. BILLIE
4334 CEDAR CREEK ROAD
PO BOX FAYETTVILLE NC 2831

BY  /s/
Jack G. Steigelfest, Esq.
Fed. Bar. #: ct05733
Howard, Kohn, Sprague & FitzGerald LLP
    Post Office Box 261798
    Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail: jgs@hksflaw.com