# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

Post Date: 12/05/2022
Payfile: 2233440-1
Docket: CV2230730435
Receipt Nbr: 0401365
Amount: $360.00
List Total:   001   $360.00

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

Address of court clerk: 95 Washington St Hartford CT 06106
Telephone number of clerk: (860) 756-7020 ext 9100
Return Date: 12/20/22
☒ Judicial District  ☐ Housing Session  G.A. Number: ___  At (City/Town): Hartford CT
Case type code: Major: C  Minor: 20

**For the plaintiff(s) enter the appearance of:**
Name and address of attorney, law firm or plaintiff if self-represented: Caribe D. Billie 4334 Cedar Creek Rd NC 28312
Juris number: 
Telephone number: (203) 814-7350
Signature of plaintiff: Caribe Billie

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No
E-mail address: CaribeBillie@ymail.com

| Parties | Name (Last, First, Middle Initial) and address of each party | |
|---|---|---|
| First plaintiff | Name: Caribe D. Billie<br>Address: 4334 Cedar Creek Rd, NC 28312 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Plymouth Rock Assurance Corp<br>Address: 695 Atlantic St Boston MA 02111 | D-01 |
| Additional defendant | Name: Agent Bizu 123 Insurance Zebra Inc<br>Address: 98 San Jacinto Blvd Austin TX 28701 | D-02 |
| Additional defendant | Name: CT Insurance Dept.<br>Address: 153 Market St 7fl Hartford CT 06103 | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

Total number of plaintiffs: 1    Total number of defendants: 3    ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an Appearance (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an Appearance on time, a default judgment may be entered against you. You can get an Appearance form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

Date: 11/17/22    Signed: /s/ MAS/AC    ☐ Commissioner of Superior Court  ☒ Asst. Clerk    Name of person signing: Hardwick

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

I certify I have read and understand the above:    Signed (Self-represented plaintiff): Caribe Billie    Date: 11/17/22    Docket Number: CV22507584S

For Court Use Only – File Date

Page 1 of 2

Docket Number: Caribe D. Billie
Plaintiff

v.

Defendant: Plymouth Rock Assurance
Agent Biz 123 Insurance
CT Insurance Dept

SUPERIOR COURT
JUDICIAL DISTRICT OF ~~FAIRFIELD AT BRIDGEPORT~~ y.t
Hartford

Date: 11/17/22

Title of Motion: Complaint

Caribe Billie
Claim # IH8901876089
Policy # CTH00002015591
Date of loss 12/2/2020

The insurance company has refused to honor my complaint. My house is sitting abandoned. I was recently informed that the City of Waterbury will be auctioning off my property. I am asking that the insurance company pay for all repairs, and if I'm not able to save my house from being auctioned off I would like the Insurance company to pay for the replacement of property

Plaintiff/Defendant: [signature] Caribe Billie

Certification: I hereby certify that a copy of the foregoing motion has been mailed to all self-represented parties/counsel of record on or about _____.

Order: The foregoing motion having been considered/heard by the court is hereby:

GRANTED / DENIED

Date: _____   Judge/Clerk

See attatched

SECOND COUNT: (Breach of Contract as to Defendant, UPC, by Plaintiff Caribe Billie)

8. At all times relevant hereto, the Plaintiff, Caribe Billie was and remains an individual with a principal residence located at 35 Wall st Waterbury, Connecticut.

9. At all times relevant hereto, the Defendant, Plymouthrock INSURANCE COMPANY (hereinafter "PC"), was and remains an insurance company authorized to do business within the State of Connecticut which sells insurance and reinsurance products.

10. At all times relevant hereto, the Defendant, PC, was owned and controlled by Zebra Insurance inc as a wholly owned subsidiary.

11. At all times relevant hereto, the Plaintiff, was the owner of real estate located at 35 wall st Waterbury, Connecticut (hereinafter "subject property").

12. In Dec. of 2020, the subject property was insured under a homeowner's property insurance policy issued by Defendant, UPC, which carried policy number IH8901876089

48. The Defendant, its assignees, subsidiaries, successors, and/or holding companies are engaged in the conduct of trade in the State of Connecticut, specifically, the business of insurance.

49. At all relevant times mentioned herein, the Defendant, its assignees, subsidiaries, successors, and holding companies were prohibited from by Connecticut General Statutes Section 42-110 et. seq. from engaging in unfair and deceptive acts and practices in the conduct of its business.

50. The Defendant, its assignees, subsidiaries, successors, and/or holding companies have engaged in unfair and deceptive acts and practices prohibited by Connecticut General Statutes Section 38a-815 et. seq. and has violated Connecticut General Statutes Section 38a-815 et. seq.

51. The Defendant, its assignees, subsidiaries, successors, and/or holding companies
have and continue to commit the acts referred to below as to the Plaintiff, Caribe Billie, and
as to other insureds and policy holders of the Defendant and its holding companies, affiliates, or
subsidiaries with such frequency as to constitute a general business practice of insurance
misconduct in violation of Connecticut General Statutes Section 38a-815 et. seq. by:
a. Misrepresenting pertinent facts and insurance policy provisions relating to
coverages at issue with respect to the Plaintiff's claim and with respect to the
claims of other policyholders which arise under the insurance policies issued
by the Defendant, its assignees, subsidiaries, successors, and holding companies. Specifically, by denying the claims made by the Plaintiff and other
insureds which are covered under the terms of the policy;

14
Defendant engages in these practices as general business practice as evidenced by the allegations
contained in:
a. Complaint # 804832, 805045, 805327, 901614, 1309, 2767, 3943, 5143, 5143,
5216, 100369, 101006, 101016, 101016, 101387, 102639, 102972 filed with
the State of Connecticut Insurance Department alleging claim delays, unfair claims practices, unfair denial of claims, unfair claims procedures, and unsatisfactory settlement offers.
54. As a result of the Defendant's actions as set forth above, the Plaintiff has suffered
an ascertainable loss of money and property and has otherwise been harmed.

Caribe Billie
4334 Cedar Creek RD
Fayetteville NC, 28312
(203) 814-7350

12/19/22

2

STATE OF CONNECTICUT}
                    } SS: HARTFORD,    NOVEMBER 17, 2022
COUNTY OF HARTFORD  }

Then and by virtue hereof, on the 17th day of November, 2022, By direction of the Plaintiff, I made due and legal service on the within named Defendant, **PLYMOUTH ROCK ASSURANCE CORP.,** by leaving two (2) verified true and attested copies of the within original **Writ, Summons, and Complaint,** with and in the hands of Ashley Delillo, Secretary who is duly authorized to accept service for Andrew N. Mais, Insurance Commissioner for the State of Connecticut. Said Insurance Commissioner is the duly authorized agent to accept service for the within named Defendant, in the City of Hartford.

Afterwards, on the 17th day of November, 2022, By direction of the Plaintiff, I made due and legal service on the within named Defendant, **CT INSURANCE DEPT.,** by leaving a verified true and attested copy of the within original **Writ, Summons, and Complaint,** with Alayna Stone, Esq., Associate Attorney General who is duly authorized to accept service at the office of the Attorney General for the State of Connecticut, at 165 Capitol Avenue, in the City of Hartford.

The within is the original, **Writ, Summons, Complaint, and Statement of Amount in Demand,** with my doings hereon endorsed.

FEES:

| | |
|---|---|
| Pages | $ 12.00 |
| Endorsements | 6.50 |
| Service | 100.00 |
| Travel | 3.00 |
| Ins. Comm. | 50.00 |

Total   $ 171.50

ATTEST:

ALEX J. RODRIGUEZ
STATE MARSHAL
HARTFORD COUNTY